UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAGAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. DUCART,<br><br>　　　　　Defendants. | No.  2:17-cv-01924 JAM KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and was assigned case no. 2:17-cv-01924 JAM KJN.  This court later granted petitioner a stay and abeyance pending exhaustion of his claims in state court.  When petitioner attempted to inform this court that he had exhausted his claims in state court, he mistakenly filed a petition for habeas corpus under a new case number, 2:18-cv-00410 JAM DMC.  (ECF No. 33.)  This court reassigned case no. 2:18-cv-00410 to this case, thereby combining the actions.  The Clerk of the Court closed case number 2:18-cv-00410.

In answering the petition, respondent now relies on documents it lodged in closed case no. 2:18-cv-00410 and requests the court to take judicial notice of that docket.  The better option is to update this case's docket with all relevant documents.  Accordingly, IT IS HEREBY ORDERED

////

////

1

that the Clerk of the Court is directed to file a copy of ECF No. 24 with attachments in <u>Ragan v. Richardson</u>, 2:18-cv-00410, in this case.

Dated: February 14, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE